IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| MAIN HASTINGS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> FEDEX CORPORATION, <br><br> Defendant. | Civil Action No. 2:11-cv-02384-BBD-cgc |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Main Hastings, LLC, and Defendant, Federal Express Corporation (incorrectly identified as FedEx Corporation in the complaint), by and through their attorneys, hereby consent to and stipulate that Plaintiff's above-styled action against Defendant is hereby dismissed with prejudice, with each party to bear its own costs and attorney's fees.

Respectfully submitted this 2nd day of September, 2011.

By: /s/Gregory P. Love            and    By: [signature]
Gregory Phillip Love                         Michael E. Gabel
Kyle Joseph Nelson                           Lead Counsel
Scott English Stevens                        Federal Express Corporation
STEVENS LOVE HILL HOLT PLLC                  3620 Hacks Cross Road
111 West Tyler Street                        Bldg. B, 2nd Floor
Longview, TX 75601                           Memphis, Tennessee 38125
(903) 753-6760                               (901) 434-0016
(903) 753-6761 fax                           (901) 434-4523 Fax

*Attorneys for Plaintiff*                    *Attorney for Defendant*

## CERTIFICATE OF SERVICE

This is to certify that on the 2nd day of September 2011, a copy of the foregoing Notice of Appearance was electronically filed with the Clerk of the Court using the CM/ECF system, which sent a Notification of Electronic filing to all counsel of record.

/s/ *Gregory P. Love*
Gregory P. Love