IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

**MAIN HASTINGS, LLC,**

    Plaintiff,

v.                                                    No. 2:11cv-02384-BBD-cgc

**FEDEX CORPORATION,**

    Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

Before the Court is the Stipulation of Dismissal With Prejudice of this action between Plaintiff, Main Hastings, LLC ("Plaintiff"), and Defendant Federal Express Corporation ("Defendant") (incorrectly identified as FedEx Corporation in the complaint), filed September 2, 2011. (D.E. #17.) It appearing to the Court that said motion is well-taken, it is hereby

ORDERED, ADJUDGED AND DECREED that this action be dismissed with prejudice. It is further ORDERED that all attorneys' fees and costs are to be borne by the party that incurred them.

**IT IS SO ORDERED** this 12th day of September, 2011.

                                                 <u>s/ Bernice Bouie Donald</u>
                                                 **BERNICE BOUIE DONALD**
                                                 **UNITED STATES DISTRICT COURT JUDGE**