*UNITED STATES DISTRICT COURT*
# *WESTERN DISTRICT OF TENNESSEE*
## *WESTERN DIVISION*

**MAIN HASTINGS, LLC,**

**v.**                                                **JUDGMENT IN A CIVIL CASE**
                                                      **Case No. 2:11-cv-2384**
**FEDERAL EXPRESS CORPORATION**

**DECISION BY COURT.**  This action came to consideration before the Court.  The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED that in accordance with the Order of Dismissal entered on September 12, 2011, judgment is hereby entered with prejudice.**

**APPROVED:**

**s/Bernice B. Donald**
**UNITED STATES DISTRICT COURT**

**DATE: 09/12/2011**                                   **THOMAS M. GOULD**
                                                       **Clerk of Court**


                                                       **s/Taffy Elchlepp**
                                                       **(By)  Deputy Clerk**